1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JULIA CASTRO,                        Case No. CV 13-07699 SS

12              Plaintiff,
                                          **JUDGMENT**
13        v.

14   CAROLYN W. COLVIN, Commissioner
     of the Social Security
15   Administration,

16              Defendant.

17

18

19       IT IS ADJUDGED that the decision of the Commissioner is

20   REVERSED and that the above-captioned action is REMANDED for

21   further proceedings consistent with this Court's Memorandum

22   Decision and Order.

23

24   DATED:  June 27, 2014

25                                 _____/S/_____
                                   SUZANNE H. SEGAL
26                                 UNITED STATES MAGISTRATE JUDGE

27

28